IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00657-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2007 GMC Sierra 2500, VIN 1GTHK23657F529525,

      Defendant.

---

## ORDER

---

      This matter having come before the Court on the United States' Motion to Strike Claim for Failure to File an Answer Filed by Michael Wagner (Doc. No. 15), and the Court being fully apprised, it is hereby

      **ORDERED** that the United States' Motion to Strike Verified Claim for Failure to File an Answer (Doc. No. 15) is **GRANTED**.   The Claim by Michael Wagner (Doc. No. 11) is **STRICKEN**.

      Dated this 8th day of July, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge