IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00657-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2007 GMC Sierra 2500, VIN 1GTHK23657F529525,

        Defendant.

---

## DEFAULT JUDGMENT

        Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Final Order of Forfeiture entered by the Magistrate Judge Kathleen M. Tafoya, the following JUDGMENT is hereby entered:

        1.    That default and forfeiture of Defendant 2007 GMC Sierra 2500, VIN 1GTHK23657F529525, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

        2.    That the United States shall have full and legal title as to Defendant 2007 GMC Sierra 2500, VIN 1GTHK23657F529525 and may dispose of said property in accordance with law;

3. That the Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to Defendant 2007 GMC Sierra 2500, VIN 1GTHK23657F529525 under 28 U.S.C. § 2465.

Dated at Denver, Colorado this 18th day of August, 2014.

>JEFFREY P. COLWELL
>Clerk of the U.S. District Court
>
>By: s/ S. Grimm
>Deputy Clerk